**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| Keith E. Seibert and Julie Seibert, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER RE ADMISSION** |
| | ) | **PRO HAC VICE** |
| vs. | ) | |
| | ) | |
| Marty Casey, as Special Administrator of the Estate of Jessie J. Jimison, Yellowstone Valley Concrete & Construction, Inc., and DC, Inc., dba The New 4 Mile Bar, | ) | |
| | ) | Case No. 4:13-cv-134 |
| Defendants. | ) | |

Before the court is a motion for attorney James P. Carey to appear *pro hac vice* on plaintiffs' behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney James P. Carey has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. He has also paid the required admission fees to the office of the Clerk. Accordingly, the motion (Docket No. 14) is **GRANTED**. Attorney James P. Carey is admitted to practice before this court in the above-entitled action on plaintiffs' behalf.

**IT IS SO ORDERED.**

Dated this 9th day of January, 2014.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge