# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | |
|---|---|
| Keith E. Seibert and Julie Seibert, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | **ORDER ADOPTING STIPULATION OF** |
| vs. ) | **DISMISSAL OF DC INC. D/B/A THE** |
| ) | **NEW 4 MILE BAR** |
| Marty Casey as Special Administrator ) | |
| of the Estate of Jessie J. Jimison, ) | |
| Yellowstone Valley Construction, Inc., ) | |
| and DC, Inc. d/b/a The New 4 Mile Bar, ) | Case No. 4:13-cv-134 |
| ) | |
| Defendants. ) | |

Before the court is a stipulation for dismissal filed by plaintiffs and Defendant DC, Inc. d/b/a The New 4 Mile Bar on April 16, 2015. The court **ADOPTS** the parties' stipulation (Docket No. 34). Plaintiffs' claims against Defendant DC, Inc. d/b/a The New 4 Mile Bar are **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

Dated this 17th day of April, 2015.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court