# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | |
|---|---|
| Keith E. Seibert and Julie Seibert, | ) |
| | ) **ORDER ADOPTING STIPULATION** |
| Plaintiffs, | ) **FOR DISMISSAL WITH PREJUDICE** |
| | ) |
| vs. | ) |
| | ) |
| Marty Casey, as Special Administrator | ) |
| of the Estate of Jessie J. Jimison and | ) |
| Yellowstone Valley Concrete & | ) |
| Construction, Inc., | ) Case No. 4:13-cv-134 |
| | ) |
| Defendants. | ) |

Before the court is a "Stipulation for Dismissal with Prejudice" filed June 9, 2015. The court **ADOPTS** the stipulation (Docket No. 41) and **ORDERS** plaintiffs' claims against defendants Marty Casey, as Special Administrator of the Estate of Jessie J. Jimison and Yellowstone Valley Concrete & Construction, Inc., **DISMISSED WITH PREJUDICE** and without further costs to either party.

**IT IS SO ORDERED.**

Dated this 10th day of June, 2015.

                                            */s/ Charles S. Miller, Jr.*
                                            Charles S. Miller, Jr., Magistrate Judge
                                            United States District Court